AARON D. FORD
  Attorney General
MAYRA GARAY (Bar No. 15550)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3788 (phone)
(702) 486-3773 (fax)
Email: mgaray@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEMARIO EDWARD REED, | Case No. 2:23-cv-01369-MMD-DJA |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WIITH PREJUDICE** |
| E. DESANTIAGO, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Demario Edward Reed, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Mayra Garay, Deputy Attorney General, based upon the Settlement Agreement between the parties, that the above-captioned actions should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

\* \* \*

| | |
|---|---|
| DATED this 10 day of May, 2024. | DATED this 10th day of May, 2024 |
| | AARON D. FORD |
| | Attorney General |
| *[signature]* | |
| DEMARIO EDWARD REED | By: __(s) *Mayra Garay*__ |
| Plaintiff, *Pro Se* | MAYRA GARAY, Bar No. 15550 |
| | Deputy Attorney General |
| | *Attorneys for Defendants* |

IT IS SO ORDERED.

*[signature]*

UNITED STATES DISTRICT JUDGE

DATED: June 10, 2024

# CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on June 10, 2024, I electronically filed the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Demario Edward Reed, #1056676
Hight Desert State Prison
P.O. Box 650
Indian Springs, Nevada 89070
*Plaintiff, Pro Se*

/s/ Andrea Beckett
ANDREA BECKETT, an employee of the
Office of the Nevada Attorney General